UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

REBECCA CASTILLO                                                                 1:17-cv-09130-RA

                Plaintiff,

                                      **NOTICE OF APPEARANCE**

    v.

BALLY AMERICAS, INC.,

                Defendant.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant, Bally Americas, Inc., in the above mentioned matter and request that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below.

Dated: January 18, 2018                                  Respectfully submitted,

                                                    **GREENBERG TRAURIG, LLP**
                                                    *Counsel for Defendant, Bally Americas, Inc*
                                                     The MetLife Building
                                                   200 Park Ave.
                                                   New York, New York 10166
                                                   Telephone: (212) 801-9386
                                                   Facsimile:  (212) 805-9386
                                                   sigdae@gtlaw.com

                                           By: _____
                                                    ERIC B. SIGDA, ESQ.
                                                    Email: SigdaE@gtlaw.com