# GT GreenbergTraurig

Eric Sigda
Tel (212) 801-9386
sigdae@gtlaw.com

1/19/18

January 18, 2018

**Via ECF**

The Honorable Ronnie Abrams
United States District Court for the
   Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

> Application granted. SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> January 19, 2018

    **Re:** *Rebecca Castillo v. Bally Americas Inc.*,

         **Docket No. 1:17-cv-09130-RA**

Dear Judge Abrams:

    We represent Defendant, Bally Americas Inc. ("Bally") in the above-entitled action. On behalf of Bally, we write to respectfully request that the deadline for Bally to respond to the Complaint be extended to February 9, 2018. Counsel for Bally spoke with Javier Merino, Esq., counsel for the Plaintiff, regarding this request and Mr. Merino agreed to the request. This is Bally's first application for an extension of this deadline.

                                                        Respectfully,

                                                         Eric B. Sigda

cc: Javier Merino via ECF