
**GT GreenbergTraurig**

Eric Sigda
Tel (212) 801-9386
sigdae@gtlaw.com

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/18

February 7, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

> Application granted. The initial conference is adjourned until March 16, 2018 at 1:00 p.m. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 8, 2018

Re: *Rebecca Castillo v. Bally Americas Inc.*,
**Docket No. 1:17-cv-09130-RA**

Dear Judge Abrams:

We represent Defendant, Bally Americas Inc. ("Bally") in the above-entitled action. On behalf of Bally, we write to respectfully request that the deadline for Bally to respond to the Complaint be extended to March 9, 2018. The parties have begun working towards a resolution of this matter and would like to determine if they can resolve this matter in the next thirty days without incurring the costs of a response to the Complaint. We have spoken with counsel for the Plaintiff, Javier Merino, Esq., and Plaintiff consents to this request. This is Bally's second application for an extension of this deadline.

In addition, given the request for an extension of time to respond to the complaint and that the parties have begun to discuss settlement, we write to request that the conference scheduled for Friday, February 9, 2018 at noon be rescheduled to a later date. Plaintiff's counsel also consents to this request.

Respectfully,

Eric B. Sigda

cc: Marc Dann, Esq. (counsel for Plaintiff)
Javier Merino, Esq. (counsel for Plaintiff)

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
333 S.E. 2nd Avenue ■ Suite 4400 ■ Miami, FL 33131-3238 ■ Tel 305.579.0500 ■ Fax 305.579.0717