

Eric Sigda
Tel (212) 801-9386
sigdae@gtlaw.com

March 9, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

    Re:   *Rebecca Castillo v. Bally Americas Inc.*,
           **Docket No. 1:17-cv-09130-RA**

Dear Judge Abrams:

    We represent Defendant, Bally Americas Inc. ("Bally") in the above-entitled action. We write to advise the Court that the parties have reached a settlement in principle in this matter. Thus, the parties request that the Court hold the case in abeyance while the parties finalize the settlement agreement.

                                          Respectfully,

                                          Eric B. Sigda

cc:    Marc Dann, Esq. (counsel for Plaintiff)
        Javier Merino, Esq. (counsel for Plaintiff)