**GT GreenbergTraurig**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/18

Eric Sigda
Tel (212) 801-9386
sigdae@gtlaw.com

MEMO ENDORSED

March 9, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

> Application granted. The initial conference is adjourned *sine die*. No later than April 13, 2018, the parties shall submit a letter updating the Court as to the status of their settlement negotiations. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> March 12, 2018

Re:   *Rebecca Castillo v. Bally Americas Inc.*,
      **Docket No. 1:17-cv-09130-RA**

Dear Judge Abrams:

We represent Defendant, Bally Americas Inc. ("Bally") in the above-entitled action. We write to advise the Court that the parties have reached a settlement in principle in this matter. Thus, the parties request that the Court hold the case in abeyance while the parties finalize the settlement agreement.

Respectfully,

Eric B. Sigda

cc:   Marc Dann, Esq. (counsel for Plaintiff)
      Javier Merino, Esq. (counsel for Plaintiff)